UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RODRIGO AVENDANO LOPEZ #A241-114-917** | **CASE NO. 1:25-CV-01776 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ELEAZAR GARCIA ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

The Court having considered Petitioner's Motion to Enforce January 14, 2026 Order and for Additional Injunctive Relief (Doc. 18) and Respondents' opposition (Doc. 22),

**IT IS HEREBY ORDERED** that the Motion to Enforce January 14, 2026 Order and For Additional Injunctive Relief (Doc. 18) is **DENIED** and the hearing set for February 5, 2026 is canceled.

THUS DONE in Chambers on this 26th day of January 2026.

*[Signature: Jerry Edwards, Jr.]*

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE